**Marjil Lee BERGARA, Plaintiff–Appellant,**

v.

**A. Benton CHAFIN, Defendant–Appellee.**

No. 07–6314.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 6, 2007.

Marjil Lee Bergara, Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marjil Lee Bergara appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See

able. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066 (4th Cir.1993).

784

*Bergara v. Chafin*, No. 7:07–cv–00061–jpj, 2007 WL 549114 (W.D.Va. Feb. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*